**No. 47089.**—Protests 979833–G, etc., of Calvaire, Inc. (New York).

Opinion by TILSON, J. In accordance with the record presented woven mufflers, hemmed, wholly or in chief value of silk, were held dutiable at 60 percent under paragraph 1209, and those valued at more than $5 per dozen, hemmed but not block-printed by hand, were held dutiable at 45 percent under paragraph 1209 and T. D. 49753.